IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**JACOB STROCK,**

    Plaintiff,

v.

**DR. GARTH GULICK, et al.,**

    Defendants.

Civ. No. 2:23-cv-00310-AA

**OPINION AND ORDER**

_____

AIKEN, District Judge:

    State Defendants removed this case to federal court on March 3, 2023 and filed their answer on March 10, 2023. No party has taken any action in the case since that time. Therefore, the Court ORDERS Plaintiff to show good cause why this case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41 (b). Plaintiff shall have thirty (30) days from the date of this order to file briefing with the court identifying

Page 1 – OPINION AND ORDER

why the case should not be dismissed. Failure to file such briefing will result in immediate dismissal of the case without further notice.

It is so ORDERED

Dated this 22nd day of May 2025.

                                          /s/Ann Aiken

                                          Ann Aiken
                                United States District Judge

Page 2 – OPINION AND ORDER